AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Lonnie Randolph, individually and on behalf of a class, Plaintiff,

V.

Crown Asset Management, LLC, Defendants.

CASE NUMBER: 08CV3212

ASSIGNED JUDGE: JUDGE CASTILLO

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

Crown Asset Management, LLC
c/o Registered Agent Solutions, Inc.
One West Old State Capitol Plaza, Suite 805
Springfield, IL 62701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin LLC,
120 S. Lasalle 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

June 4, 2008
Date

# AFFIDAVIT OF SERVICE OF WRITS
# BY A PRIVATE DETECTIVE

LONNIE RANDOLPH, individually and on behalf of a class

Vs.

CROWN ASET MANAGEMENT, LLC

} 08 CV 3212

## AFFIDAVIT OF SERVICE

PHILIP B. CRAVENS hereby certifies that I am over 21 years of age and not a party to this case. I served the:

### SUMMONS / COMPLAINT

**CORPORATION or BUSINESS:**   CROWN ASSET MANAGEMENT, LLC
C/O REGISTERED AGENT SOLUTIONS, INC.

by leaving a copy of the document(s) with:   DAVID WEBER   MANAGER

of the Corporation or Business on   JUNE 10, 2008 at   3:25 PM

at:   2501 CHATHAM ROAD
SANGAMON COUNTY
SPRINGFIELD, ILLINOIS.

### DESCRIPTION OF PERSON SERVED

RACE: __W__   SEX: __M__   AGE: __50's__

## CERTIFICATION

Under penalties as provided by law pursuant to section 109 of the Code of Civil Procedure of Illinois, the undersigned certifies that the statements set forth herein are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that he believes that same to be true.

DATED: ___6-10-08___

LICENSE #: 115-00743

ABE-CRAVENS DETECTIVE AGENCY, INC.
P. O. Box 13311
SPRINGFIELD, IL 62791