IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LONNIE RANDOLPH, individually and on behalf of the classes defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | 1 : 08 CV 3212 Judge Castillo |
| CROWN ASSET MANAGEMENT, LLC, | ) ) | Magistrate Judge Brown |
| Defendant. | ) | |

### NOTICE OF MOTION

**TO**:   Please see Certificate of Service.

     **PLEASE TAKE NOTICE** that on July 1, 2008 at 9:45 am, we shall appear before the Honorable Ruben Castillo in Room 2141 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604 (or another Judge sitting in his stead) and there present **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**, a copy of which has been filed electronically and is hereby served upon you.

                                   Respectfully submitted,

                                   s/Thomas E. Soule
                                   Thomas E. Soule

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Thomas E. Soule, hereby certify that on June 19, 2008, a copy of the attached documents were filed electronically with the Court, and that a copy was sent via U.S. mail to the following persons on the same date:

Todd P. Stelter
Hinshaw & Culbertson, LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601

                                                  s/Thomas E. Soule
                                                  Thomas E. Soule