UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lonnie Randolph
                              Plaintiff,

v.                                     Case No.: 1:08−cv−03212
                                     Honorable Ruben Castillo

Crown Asset Management, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

       MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 7/1/2008. Plaintiff's motion for class certification [11] is entered and continued to 8/6/2008 at 9:45 a.m. Defendant's unopposed motion for extension of time to answer or otherwise plead [14] is granted. Defendant to answer or otherwise plead to the complaint on or before 7/30/2008. Parties to file a joint status report on or before 8/5/2008. The Court will hold a status hearing in open court on 8/6/2008 at 9:45 a.m.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.