**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lonnie Randolph
          Plaintiff,

v.                Case No.: 1:08–cv–03212
                Honorable Ruben Castillo

Crown Asset Management, LLC
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

  MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 8/6/2008 and continued to 9/25/2008 at 9:45 a.m. The parties are directed to proceed with all discovery. Defendant's response to Plaintiff's motion for class certification [11] is due on or before 9/22/2008. The Court will rule on 9/25/2008 at 9:45 a.m.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.