IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LONNIE RANDOLPH,<br>individually and on behalf of the classes<br>defined herein,<br><br>            Plaintiff,<br><br>    v.<br><br>CROWN ASSET MANAGEMENT, LLC,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) 1 : 08 CV 3212<br>) Judge Castillo<br>) Magistrate Judge Brown<br>)<br>) |

**NOTICE OF FILING**

TO:    SEE ATTACHED SERVICE LIST

       **PLEASE TAKE NOTICE** that, on August 6, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois the following document, copies of which are attached and are hereby served upon you: **EXHIBIT A** and **EXHIBIT B** to Plaintiff's Complaint. The filing of these exhibits is to correct the omission of these documents from the ECF filing of Plaintiff's Complaint due to clerical error.


                          s/ Thomas E. Soule
                          Thomas E. Soule

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

**CERTIFICATE OF SERVICE**

       I, Thomas E. Soule, hereby certify that on August 6, 2008, a copy of the attached documents were filed electronically with the Court, and that a copy was sent by electronic mail to the following persons on the same date:

Todd P. Stelter
Hinshaw & Culbertson LLP
222 N. LaSalle St., Ste 300
Chicago, IL 60601
tstelter@hinshawlaw.com

                                   s/ Thomas E. Soule
                                   Thomas E. Soule

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CROWN ASSET MANAGEMENT, LLC  
          Plaintiff

vs.

LONNIE RANDOLPH

          Defendant

No.

Return Date: MAY 2 2 2008

contract  
Amount claimed: $12,602.69  
Plus court costs

## COMPLAINT

NOW COMES the Plaintiff, by and through its attorneys, Blitt and Gaines, P.C., and complaining of the Defendant(s), states as follows:

1. The Defendant(s) utilized a charge account and/or line of credit issued by Plaintiff or its assignors whereby Defendant(s) could charge goods and services to their account and/or receive cash advances.

2. The Defendant(s) subsequently defaulted by failing to pay for the indebtedness incurred resulting in the balance due Plaintiff of $12,602.69.

3. Due demand has been made on the Defendant(s) to pay this amount and the Defendant(s) have failed to do so.

WHEREFORE, Plaintiff prays for judgment against the Defendant(s) in the amount of $12,602.69 plus interest and court costs.

Blitt and Gaines, P.C.  
Attorney for Plaintiff  
661 Glenn Avenue  
Wheeling, IL 60090  
(847) 403-4900  
328878

This is an attempt to collect a debt and any information will be used for that purpose.

07-57867-0  
3873-00


EXHIBIT A

REDACTED

## BUSINESS RECORDS AFFIDAVIT

| | | |
|---|---|---|
| COUNTY OF GWINNETT | } } SS | Account Debtor: RANDOLPH, LONNIE<br>Account #: ███████<br>Balance Due: $12,602.69 |
| STATE OF GEORGIA | } | |

**CROWN ASSET MANAGEMENT, LLC**

VS.

~~RANDOLPH, LONNIE~~

    Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Leigh Suttlemyre, who, after first being duly sworn, deposes and states that he/she has personal knowledge of the following facts and that they are true and correct:

    I am the Legal Services Manager for **Crown Asset Management, LLC**, a Georgia Limited Liability Corporation with offices located at **3355 Breckinridge Blvd Ste 132, Duluth GA 30096-4989** ("Crown").

    Crown is the holder in due course and assignee of the above-referenced account that originated with Bank of America, NA.

    Based upon information currently available, the principal balance amount stated above is true and accurate and has not been paid by the account debtor as of the time of forwarding this account.

    There has been no final judgment entered by a court of competent jurisdiction disallowing any or all of the account balance.

    Based upon information currently available, the account debtor is not protected under a Bankruptcy filing.

    Based upon information currently available, the account debtor has not been released from liability on the debt.

    Based upon information currently available, the account has not been the subject of fraud.

    Based upon information currently available, the account debtor is not deceased.

    Based upon information currently available, there is no dispute, claim, action, suit, or proceeding pending or threatened with respect to the account.

    FURTHER AFFIANT SAYETH NOT.

_____
LEIGH SUTTLEMYRE
LEGAL SERVICES MANAGER
CROWN ASSET MANAGEMENT, LLC

Sworn to and subscribed before me this
18 day of DEC _____, 2007.

_Jamie Riexinger_
NOTARY PUBLIC
My Commission expires: 09-27-10

[Notary Seal: JAMIE RIEXINGER, MY COMMISSION EXPIRES SEPTEMBER 27, 2010, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA]

EXHIBIT B

IL168

# Crown Asset Management, LLC
## Statement of Account

| | |
|---|---|
| Crown File Number: | 405986 |
| Primary Debtor Name: | RANDOLPH, LONNIE |
| Primary Debtor Home Address: | REDACTED |
| | CHICAGO, IL |
| Additional Debtor Name: | |
| Original Lender: | Bank of America, NA |
| Original Lender Account Number: | |
| Alternate Lender Account Number: | |
| Account Open Date: | 06/08/1999 |
| Original Lender Charge-off Date: | 10/09/2005 |
| Date of Last Payment to Original Lender: | 03/05/2007 |
| Date of Last Payment to Crown Asset Management, LLC: | |
| Account Purchase Date by Crown Asset Management, LLC: | 07/25/2007 |
| Principal Balance Due: | $ 5,754.17 |
| Interest Amount Due: | $ 0.00 |
| Total Amount Due: | $ 12,602.69 |

NOTE: Crown Asset Management, LLC created this statement using data provided by the original creditor or prior owners of the account and does not intend to imply that the originating creditor participated in the creation of this statement.

250   Printed:12/18/2007   IL168